**RECEIVED**
IN LAKE CHARLES, LA

**FEB - 7 2007**
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MICHAEL MOORE | : | DOCKET NO. 2:06-cv-2169 |
| VS. | : | JUDGE TRIMBLE |
| KATHLEEN BLANCO, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that this civil rights action be DISMISSED as frivolous.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of February, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE